IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

**IN RE:** Webb, Darry

Printed: 12/10/08

Case Number: 08 B 15731
Judge: Hollis, Pamela S
Filed: 6/19/08

# FINAL REPORT AND ACCOUNT

The trustee, Marilyn O. Marshall, submits this report to the court pursuant to 11 U.S.C. 1302:

Status:    Dismissed: October 27, 2008
Confirmed: August 18, 2008

## SUMMARY OF RECEIPTS & DISBURSEMENTS

| | Receipts | Disbursements |
|---|---|---|
| | 80.00 | |
| Secured: | | 0.00 |
| Unsecured: | | 0.00 |
| Priority: | | 0.00 |
| Administrative: | | 74.72 |
| Trustee Fee: | | 5.28 |
| Other Funds: | | 0.00 |
| Totals: | 80.00 | 80.00 |

## DISBURSEMENT DETAIL

| | Creditor Name | Type | Repayment | Paid to Date |
|---|---|---|---|---|
| 1. | Robert J Semrad & Associates | Administrative | 3,464.00 | 74.72 |
| 2. | Midway Motor Sales | Secured | 304.70 | 0.00 |
| 3. | City Of Chicago Dept Of Revenue | Unsecured | 607.00 | 0.00 |
| 4. | Peoples Energy Corp | Unsecured | 90.45 | 0.00 |
| 5. | NCO Financial Systems | Unsecured | 45.54 | 0.00 |
| 6. | Illinois Dept Of Healthcare And Family | Priority | | No Claim Filed |
| 7. | Receivables Performance | Unsecured | | No Claim Filed |
| 8. | Harris & Harris | Unsecured | | No Claim Filed |
| 9. | Midway Motor Sales | Unsecured | | No Claim Filed |
| 10. | Cda/Pontiac | Unsecured | | No Claim Filed |
| | | | $ 4,511.69 | $ 74.72 |

## TRUSTEE FEE DETAIL

| Fee Rate | Total Fees |
|---|---|
| 6.6% | 5.28 |
| | $ 5.28 |

Page 2

## IN THE UNITED STATES BANKRUPTCY COURT FOR THE NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| | |
|---|---|
| **IN RE:** Webb, Darry | Case Number: 08 B 15731 |
| | Judge: Hollis, Pamela S |
| Printed: 12/10/08 | Filed: 6/19/08 |

Based on the above information, the trustee requests that the court enter an order discharging the trustee, releasing the trustee's surety from liability for actions relating to the above proceedings, closing the estate and for such other relief as is proper.

Marilyn O. Marshall, Trustee, by:

